| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Winsor, Allen C. | 2. Court or Organization<br><br>Northern District of Florida | 3. Date of Report<br><br>05/14/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>111 N. Adams Street<br>Tallahassee, FL 3231 |
|---|

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. State Judge | Florida First District Court of Appeal (1/1/19 - 6/20/19) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Winsor, Allen C.** | 05/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | State of Florida - Judicial Salary - period before appointment (thru 6/18/19) | $79,064.64 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Winsor, Allen C. | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Holy Comforter Episcopal School | Tuition Agreement | None |
| 2. Community Leadership Academy | Tuition Agreement | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Winsor, Allen C. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Ally Bank Cash Accounts and CDs | C | Interest | M | T | | | | | |
| 2. | +-38 acres undeveloped land, Henry County AL 50% share. | | None | K | W | | | | | |
| 3. | Florida Prepaid Tuition Agreement | | None | K | T | | | | | |
| 4. | Capital One Savings Account | A | Int./Div. | J | T | | | | | |
| 5. | FRS Retirement 2040 Fund | | None | | | Sold | 12/30/19 | M | E | |
| 6. | IRA #1 (H) | | | | | | | | | |
| 7. | TDAmeritrade Cash Account | A | Int./Div. | J | T | | | | | |
| 8. | Dollar General Corp (DG) Stock | A | Dividend | K | T | Buy | 03/21/19 | J | | |
| 9. | | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 10. | Lockheed Martin (LMT) Stock | A | Dividend | K | T | | | | | |
| 11. | Northrop Grumman Corp (NOC) Stock | A | Dividend | L | T | Buy<br>(add'l) | 04/24/19 | J | | |
| 12. | American Funds Capital World Growth & Inc Fund F1 (CWGFX) | A | Dividend | K | T | | | | | |
| 13. | American Funds Growth Fund of Am F1 (GFAFX) | B | Dividend | K | T | | | | | |
| 14. | American Funds New World F1 (NWFFX) | A | Dividend | K | T | Buy | 11/04/19 | K | | |
| 15. | American Funds Sm Cap World F1 (SCWFX) | A | Distribution | J | T | | | | | |
| 16. | Artisan Funds Intl Inv (ARTIX) | A | Dividend | K | T | | | | | |
| 17. | Fidelity Investments Biotechnology Fund (FBIOX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Winsor, Allen C. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. Fidelity Export and Multinational Fund (FEXPX) | A | Dividend | | | Sold | 11/04/19 | J | A | |
| 19. Oakmark Funds Eqty & Inc Inv Fund (OAKBX) | D | Dividend | L | T | | | | | |
| 20. Oberweis Funds Intl Opp Investor Fund (OBIOX) | A | Dividend | K | T | | | | | |
| 21. Pioneer Invests Strategic Inc Y Fund (STRYX) | B | Dividend | L | T | | | | | |
| 22. T Rowe Price Funds Blue Chip Growth Investor Fund (TRBCX) | A | Dividend | L | T | Buy | 04/15/19 | K | | |
| 23. Everst RE Group (RE) Stock | A | Dividend | J | T | | | | | |
| 24. Intel Corp (INTC) Stock | A | Dividend | | | Sold | 07/10/19 | J | | |
| 25. Lear Corp (LEA) Stock | A | Dividend | | | Sold (part) | 04/01/19 | J | | |
| 26. | | | | | Sold | 09/18/19 | J | | |
| 27. IRA #2 (H) | | | | | | | | | |
| 28. Cigna Corp (CI) Stock | A | Dividend | J | T | | | | | |
| 29. American Funds Capital Income Builder A Fund (CAIBX) | B | Dividend | K | T | | | | | |
| 30. Cash Account (Etrade) | A | Interest | K | T | | | | | |
| 31. Gap Corp (GPS) Stock | A | Dividend | | | Sold | 07/01/19 | J | | |
| 32. Royal Caribbean Cruises (RCL) Stock | A | Dividend | | | Sold | 07/01/19 | J | | |
| 33. Brokerage #1 (H) | | | | | | | | | |
| 34. TD Ameritrade Cash Account | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Winsor, Allen C. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Celgene Corp (CELG) Stock | | None | | | Sold | 03/26/19 | K | | |
| 36. CVS Corp (CVS) Stock | A | Dividend | | | Sold | 07/02/19 | J | | |
| 37. Etrade Fin Corp (ETFC) Stock | A | Dividend | | | Sold | 07/02/19 | K | | |
| 38. Fidelity Select Defense & Aero Fund (FSDAX) | | None | K | T | Buy | 12/31/19 | K | | |
| 39. Natl Bev Corp (FIZZ) Stock | A | Dividend | | | Sold | 03/21/19 | J | | |
| 40. Olin Corp (OLN) Stock | A | Dividend | | | Sold | 09/10/19 | J | | |
| 41. Prologis Inc (PLD) Stock | A | Dividend | J | T | Buy | 04/18/19 | J | | |
| 42. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 43. Select Sector Spdr Trust Tech ETF (XLK) | A | Dividend | L | T | Buy | 12/03/19 | K | | |
| 44. Steel Dynamics (STLD) Stock | A | Dividend | | | Buy (add'l) | 03/22/19 | J | | |
| 45. | | | | | Sold | 09/10/19 | K | | |
| 46. T Rowe Price Funds Blue Chip Growth Investor Fund (TRBCX) | A | Dividend | L | T | Buy | 08/01/19 | K | | |
| 47. Valero Energy Corp (VLO) Stock | A | Dividend | | | Sold | 07/11/19 | J | | |
| 48. Walgreens Boots Alliance (WBA) Stock | A | Dividend | | | Sold | 07/02/19 | J | | |
| 49. Walmart Inc (WMT) Stock | B | Dividend | L | T | | | | | |
| 50. Profunds Biotechnology Ultrasector Inv Fund (BIPIX) | A | Distribution | J | T | | | | | |
| 51. Brokerage #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Winsor, Allen C.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Fidelity Growth Co. Fund (FDGRX) | B | Distribution | K | T | | | | | |
| 53.  529 Fund - NH Aggressive Growth Port (Fidelity FDS) | | None | J | T | Buy (add'l) | 01/19/19 | J | | |
| 54. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 55. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 56. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 57.  529 Fund - NH Portfolio 2024 (Fidelity FDS) | | None | J | T | Buy (add'l) | 01/19/19 | J | | |
| 58. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 59. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 60. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Winsor, Allen C. | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allen C. Winsor**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544